GOLDSMITH et al., Respondents, v. GOLDSMITH, Appellant.

(City Court of Brooklyn, General Term. November 27, 1893.)

Action by Annie Goldsmith and others against Leopold Goldsmith.

For decision on appeal from judgment, see 25 N. Y. Supp. 993.

Argued before CLEMENT and OSBORNE, JJ.

Hayes & Greenbaum, for appellant.
Jerry A. Wernberg, for respondents.

PER CURIAM. As plaintiffs waived their claim for rents, the defendant cannot complain that the judgment was not resettled in such a way as to charge him with the amount he should pay. Order affirmed, with $10 costs and disbursements, to be taxed by the clerk.